UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE GARRISON,<br>　　　　Plaintiff,<br>　　v.<br>DONALD TRUMP,<br>　　　　Defendant. | Case No. 17-cv-05104-YGR (PR)<br>**ORDER OF DISMISSAL WITHOUT PREJUDICE** |

Plaintiff filed the present *pro se* prisoner complaint under 42 U.S.C. § 1983.

On September 13, 2017, mail directed to Plaintiff by the Court was returned to the Clerk of the Court with the following notation: "NOT IN CUSTODY - NIC."[1] Dkt. 4. To date, Plaintiff has not updated his address with the Court or submitted any further pleadings in this case.

Pursuant to Northern District Local Rule 3-11 a party proceeding *pro se* whose address changes while an action is pending must promptly file a notice of change of address specifying the new address. *See* L.R. 3-11(a). The Court may dismiss without prejudice a complaint when: (1) mail directed to the *pro se* party by the Court has been returned to the Court as not deliverable, and (2) the Court fails to receive within sixty days of this return a written communication from the *pro se* party indicating a current address. *See* L.R. 3-11(b).

More than sixty days have passed since the mail directed to Plaintiff by the Court was returned as undeliverable. The Court has not received a notice from Plaintiff of a new address. Accordingly, the complaint is DISMISSED without prejudice pursuant to Rule 3-11 of the Northern District Local Rules. The Clerk shall terminate all pending motions and close the file.

IT IS SO ORDERED.

Dated: December 15, 2017

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

---

[1] On October 26, 2017, another piece of mail directed to Plaintiff was returned to the Clerk with the same notation: "NOT IN CUSTODY." Dkt. 6.